UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN RE INFORMATION

Misc. No. __CR 24-47MSM__

**Filed Under Seal**

## MOTION TO SEAL

The Government moves that this motion and the attached documents, which are the Complaint, Cover Sheet, and Affidavit, be sealed until further order of this Court, but that the Government and its agents are permitted to furnish any of these documents to others as necessary for discovery, plea negotiations, and administration of the associated case or cases.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ZACHARY A. CUNHA
United States Attorney

/s/ Milind Shah
MILIND SHAH
Assistant U.S. Attorney
U.S. Attorney's Office
One Financial Plaza, 17th FL
Providence, RI 02903
Tel (401) 709-5039
Fax (401) 709-5001
milind.shah@usdoj.gov

SO ORDERED:

_____
LINCOLN D. ALMOND
U.S. MAGISTRATE COURT JUDGE

DATE: _____