AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | |
|---|---|
| United States of America<br>v.<br>Sean Hitchcock<br><br>*Defendant* | )<br>)<br>)<br>)  Case No. 1:24-cr-00047-JJM-LDA-1<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☑ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: John O. Pastore Federal Building and Post Office<br>Two Exchange Terrace, Providence, RI. If Consent to Video Filed, https://www.zoomgov.com/j/1618304643<br>Meeting ID: 161 830 4643  Passcode: 433117 | Courtroom No.: A |
|---|---|
| | Date and Time: 06/21/2024 11:30 am |

This offense is briefly described as follows:
CONSPIRACY TO COMMIT WIRE FRAUD in Violation of 18 USC 1343

**Defendant to contact U.S. Probation at 401-752-7300 to schedule pretrial interview prior to hearing.**

Date: 06/12/2024

/s/Jeannine Noel
*Issuing officer's signature*

Jeannine Noel, Deputy Clerk
*Printed name and title*

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons   ☐ Returned this summons unexecuted

Date: 6/18/24

[signature]
*Server's signature*

Justin Egan, SDUSM
*Printed name and title*