UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Case No. 24-0047-JJM |
| v. | FILED UNDER SEAL (CASE PRESENTLY SEALED) |
| SEAN HITCHCOCK | |

## GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE SENTENCING

The government moves for a six-month continuance of sentencing in the above-captioned matter.   Defendant's counsel, Mark O'Brien, does not oppose the continuance.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorney,

SARA M. BLOOM
Acting United States Attorney

/s/ Milind Shah
Milind Shah
Assistant U.S. Attorney
U.S. Attorney's Office
One Financial Plaza, 17th Floor
Providence, RI 02903
Tel (401) 709-5039; Fax (401) 709-5001
milind.shah@usdoj.gov

## CERTIFICATE OF SERVICE

On this 31th day of March 2025, I caused the above Motion to Continue Sentencing to be filed electronically and thereby made it available for viewing and downloading from the ECF system by all parties of record.

/s/ Milind Shah
Milind Shah
Assistant U.S. Attorney