UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SEAN HITCHCOCK | Criminal Case No. 24-0047-JJM |

**GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE SENTENCING**

The government moves for a six-month continuance of sentencing in the above-captioned matter. The Information in this case describes Mr. Hitchcock, Company #1, Principal #1, and Principal #2 as coconspirators in a scheme to aid and assist individuals engaged in Tech Support Fraud. Mr. Hitchcock is cooperating in the investigation of his coconspirators, all of whom are aware that they are targets in a criminal investigation. It is expected that Mr. Hitchcock will be asked to participate in future interviews with federal prosecutors and investigators and testify as a government witness in future legal proceedings. The parties believe that the requested continuance is sufficient for the government to complete the next steps in their investigation of Company #1, Principal #1, and Principal #2's role in aiding and assisting individuals engaged in Tech Support Fraud. Defendant's counsel, Mark O'Brien, does not oppose the continuance or the filing of this motion.

    Respectfully submitted,

    UNITED STATES OF AMERICA
    By its Attorney,

    SARA M. BLOOM
    Acting United States Attorney

    /s/ Milind Shah
    Milind Shah
    Assistant U.S. Attorney
    U.S. Attorney's Office
    One Financial Plaza, 17th Floor
    Providence, RI 02903
    Tel (401) 709-5039; Fax (401) 709-5001
    milind.shah@usdoj.gov

## CERTIFICATE OF SERVICE

      On this 31th day of March 2025, I caused the above Motion to Continue Sentencing to be filed electronically and thereby made it available for viewing and downloading from the ECF system by all parties of record.

                                                    /s/ Milind Shah
                                                    Milind Shah
                                                    Assistant U.S. Attorney