UNITED STATES DISTRICT COURT DISTRICT
OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>SEAN HITCHCOCK | Cr. No. 1:24-CR-0047-JJM |

**GOVERNMENT'S ASSENTED TO MOTION TO CONTINUE SENTENCING**

The Governments moves to have sentencing moved from October 29, 2026 to any day after February 15, 2027. Counsel for the parties are still conferring concerning matters germane to sentencing. Defense counsel assents to this motion.

Respectfully submitted,

TODD BLANCHE
Attorney General

CHARLES C. CALENDA
First Assistant United States Attorney

*/s/ Milind Shah*
MILIND SHAH
Assistant U.S. Attorney
U.S. Attorney's Office
One Financial Plaza, 17th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Milind.Shah@usdoj.gov

**CERTIFICATION OF SERVICE**

On this 28th day of September 2026, I caused this document to be filed electronically, and it is available for viewing and downloading from the ECF system.

*/s/ Milind Shah*
Assistant U.S. Attorney
U.S. Attorney's Office One
Financial Plaza, 17th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Milind.Shah@usdoj.gov